ORDER

On Petition for Rehearing En Banc
Appellant’s petition for rehearing en banc and the response thereto were circulated to the full court, and a vote was requested. Thereafter, a majority of the judges eligible to participate did not vote in favor of the petition. Upon consideration of the foregoing and the -brief of amici curiae, it is
ORDERED that the petition be denied.
* A statement by Chief Judge Sentelle and Circuit Judges Ginsburg, Henderson, Rogers, Tatel, Garland, and Griffith, concurring in the denial of rehearing en banc, is attached.
* A statement by Circuit Judge Brown, concurring in the denial of rehearing en banc, is attached.
* A statement by Circuit Judge Kava-naugh, concurring in the denial of rehearing en banc, is attached.
* A statement by Senior Circuit Judge Williams is attached.